Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*Lending Club*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARITZA MOSES, and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LENDING CLUB,<br><br>    Defendant. | CASE NO. 2:17-cv-3071-JAD-PAL<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR LENDING CLUB TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

Defendant Lending Club's response to Plaintiff Maritza Moses' complaint currently is due January 9, 2018. Lending Club has requested, and Plaintiff has agreed, that Lending Club has up to and including January 19, 2018 to respond to Plaintiff's complaint, to provide time for Lending Club to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Lending Club.

*[Continued on following page.]*

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: January 9, 2018

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Lending Club* | By: /s/ Miles Clark<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger<br>HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 19, 2018