Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARITZA MOSES, AND ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiff,<br><br>VS.<br><br>LENDING CLUB,<br><br>Defendant. | Case No.: 2:17-cv-03071-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]**       ECF No. 11 |

Plaintiff Maritza Moses ("Plaintiff") and Defendant LendingClub Corporation (incorrectly named as "Lending Club"), through their respective attorneys of record have agreed and stipulated to the following:

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS - 1

1. On December 17, 2017, Plaintiffs filed their First Amended Complaint.

2. On January 24, 2018, Defendant Moved to Dismiss the First Amended Complaint or in the alternative to Compel Arbitration.

3. Plaintiff's response is currently due on February 7, 2018.

4. The Parties hereby request a brief extension of Plaintiff's response deadline to Monday, **February 12, 2018** to allow for an unforeseen conflict in Plaintiff's counsel's calendar. This is the Parties' first request for an extension.

IT IS SO STIPULATED.
February 7, 2018.

| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 | /s/ *Lindsay C. Demaree* <br> Joel Edward Tasca, Esq. <br> Nevada Bar No. 14124 <br> Lindsay C. Demaree, Esq. <br> Nevada Bar No. 11949 <br> BALLARD SPAHR LLP <br> 100 N. City Parkway, Suite 1750 <br> Las Vegas, NV 89106 <br> Email: tasca@ballardspahr.com <br> Email: demareel@ballardspahr.com <br><br> *Counsel for Defendant LendingClub Corporation (incorrectly named as "Lending Club")* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
February 7, 2018

/ / /

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS - 2