Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
LendingClub Corporation (incorrectly named
as "Lending Club")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARITZA MOSES, and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LENDING CLUB,<br><br>    Defendant. | CASE NO. 2:17-cv-3071-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LENDINGCLUB CORPORATION TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION (ECF No. 9)**<br><br>(First Request) |

Defendant LendingClub Corporation (incorrectly named as "Lending Club") (hereinafter "LendingClub") filed a Motion to Compel Arbitration (ECF No. 9) on January 24, 2018. Plaintiff filed an opposition (ECF No. 13) on February 12, 2018. Lending Club's reply in support of its Motion to Compel Arbitration currently is due on February 20, 2018. The parties have agreed, and hereby request, that LendingClub may have up to and including February 27, 2018 to file its reply to provide LendingClub sufficient time to prepare this brief.

*[Continued on following page.]*

This is the parties' first request for an extension for LendingClub's reply.

This request for an extension is made in good faith and not for purposes of delay.

Dated: February 16, 2018

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*LendingClub Corporation* | By: /s/ Matthew I. Knepper<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger<br>HAINES & KRIEGER, LLC<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 20, 2018.