Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARITZA MOSES, AND ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiff,<br><br>VS.<br><br>LENDING CLUB,<br><br>Defendant. | Case No.: 2:17-cv-03071-JAD-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO RENEWED MOTION TO COMPEL ARBITRATION**<br><br>**[FIRST REQUEST]**  ECF No. 21 |

Plaintiff Maritza Moses ("Plaintiff") and Defendant LendingClub Corporation (incorrectly named as "Lending Club"), through their respective attorneys of record have agreed and stipulated to the following:

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
RENEWED MOTION TO COMPEL ARBITRATION - 1

1. On May 29, 2018, Defendant Lending Club filed its Renewed Motion to Compel Arbitration.

2. Plaintiff's response is currently due on June 12, 2018.

3. The Parties hereby request a brief extension of Plaintiff's response deadline to **Tuesday**, **June 19, 2018** to allow for several overlapping briefing deadlines in Plaintiff's counsel's calendar.

This is the Parties' first request for an extension.

IT IS SO STIPULATED.

June 11, 2018.

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 | /s/ *Lindsay C. Demaree*<br>Joel Edward Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>BALLARD SPAHR LLP<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>Email: tasca@ballardspahr.com<br>Email: demareel@ballardspahr.com<br><br>*Counsel for Defendant LendingClub Corporation (incorrectly named as "Lending Club")* |

### ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that plaintiff's deadline to respond to the renewed motion to compel arbitration [ECF No. 20] is **extended to June 19, 2018**. Plaintiff is cautioned, however, that counsel's workload will not constitute good cause for a second extension of this deadline.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 19, 2018, *nunc pro tunc to June 12, 2018.*