Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
LendingClub Corporation (incorrectly named
as "Lending Club")*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARITZA MOSES, and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENDING CLUB,<br><br>Defendant. | CASE NO. 2:17-cv-3071-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR LENDINGCLUB CORPORATION TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION (ECF No. 20)**<br><br>**(First Request)**<br><br>ECF No. 24 |

Defendant LendingClub Corporation (incorrectly named as "Lending Club") (hereinafter "LendingClub") filed a Renewed Motion to Compel Arbitration (ECF No. 20) on May 29, 2018. Plaintiff filed an opposition (ECF No. 23) on June 19, 2018. Lending Club's reply in support of its Motion to Compel Arbitration currently is due on June 26, 2018. The parties have agreed, and hereby request, that LendingClub may have up to and including July 10, 2018 to file its reply. The requested extension will allow LendingClub to thoroughly analyze the new argument and authorities raised in Plaintiff's opposition brief and provide the Court with clear, concise briefing as to whether this case should be arbitrated—a threshold issue with significant ramifications in this putative class action.

DMWEST #17842918 v1

This is the parties' first request for an extension for LendingClub's reply. This request for an extension is made in good faith and not for purposes of delay.

Dated: June 25, 2018

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Lindsay Demaree | By: /s/ Matthew I. Knepper |
| Joel E. Tasca | Matthew I. Knepper, Esq. |
| Nevada Bar No. 14124 | Nevada Bar No. 12796 |
| Lindsay Demaree | Miles N. Clark, Esq. |
| Nevada Bar No. 11949 | Nevada Bar No. 13848 |
| 1980 Festival Plaza Drive, Suite 900 | 10040 W. Cheyenne Ave., Suite 170-109 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89129 |

*Attorneys for Defendant LendingClub Corporation*

David H. Krieger
HAINES & KRIEGER, LLC
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
(702) 880-5554
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

### ORDER

IT IS SO ORDER . The reply filed 7/10/18 [25] is deemed timely.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 20, 2018